Philip L. Pillsbury, Jr. (State Bar No. 072261)
Richard D. Shively     (State Bar No. 104895)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
(415) 433-8000 - Telephone
(415) 433-4816 - Facsimile

Attorneys for Plaintiff and Counterdefendant
GLOBALSANTAFE DRILLING
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBALSANTAFE DRILLING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al.,<br><br>Defendants.<br>_____<br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Counter-Claimant and Cross-Claimant,<br><br>v.<br><br>GLOBALSANTAFE DRILLING COMPANY, et al.,<br><br>Counter-Defendant And Cross-Defendants. | Case No. C-05-4411 CW<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HIGHLANDS INSURANCE COMPANY TO FILE RESPONSIVE PLEADING<br><br>Hon. Claudia Wilken<br>Courtroom 2, 4th Floor<br><br>Action Filed: 7/29/05<br>Action Removed: 10/28/05 |

1  **WHEREAS** Defendant Highlands Insurance Company ("Highlands") was served with a summons and a copy of the First Amended Complaint while this action was pending in State court by Plaintiff GlobalSantaFe Drilling Company ("GSFDC");

**WHEREAS** Highlands' response time had not run before this action was removed and Highlands' response date is currently December 2, 2005;

**WHEREAS** Highlands is in receivership under the auspices of the State of Texas' Department of Insurance ("DOI") and expects to eventually bring a motion to have these proceedings stayed as to Highlands only;

**WHEREAS** GSFDC is willing to grant Highlands an extension of its time to respond until ten (10) days after the issuance of this Court's decision on GSFDC's remand motion currently scheduled for hearing on December 23, 2005, and Highlands has not sought prior extensions from this Court;

**IT IS STIPULATED** BY GSFDC and HIGHLANDS that Highlands may have until ten (10) days after the date of this court's ruling on GSFDC's remand motion in which to respond to the First Amended Complaint.

Respectfully submitted,

DATED: November 22, 2005          **PILLSBURY & LEVINSON, LLP**

By _____
RICHARD D. SHIVELY, ESQ.
Attorneys for Plaintiff,
GLOBALSANTAFE DRILLING COMPANY

1

2

3  DATED: November 22, 2005              FAINSBERT MASE & SNYDER, LLP

4

5                                        By: _____
6                                            RICHARD E. WIRICK, ESQ.
                                             Attorneys for Defendant
7                                            HIGHLANDS INSURANCE COMPANY

8

9

10                                       ORDER

11
    IT IS SO ORDERED.
12

13  Dated: 11/23/05

14

15                                       By _____
                                            CLAUDIA WILKEN
16                                          United States District Judge

17

18

19

20

21                      IT IS SO ORDERED

22                      [signature: Claudia Wilken]

23                      Judge Claudia Wilken

24

25

26

27

28
                                         -3-
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HIGHLANDS INSURANCE   CASE NO. C-05-4411 CW
COMPANY TO FILE RESPONSIVE PLEADING

Case 4:05-cv-04411-CW   Document 19   Filed 11/23/05   Page 4 of 6

# PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On November 22, 2005, I served the foregoing:

- **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HIGHLANDS INSURANCE COMPANY TO FILE RESPONSIVE PLEADING**

addressed as follows:

| | |
|---|---|
| Samuel A. Keesal, Jr.<br>Gordon C. Young, Esq.<br>John D. Griffin<br>Kessal, Young & Logan<br>Four Embarcadero Center, Suite 1500<br>San Francisco, CA  94111<br>Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136<br><br>*Attorney for Defendants Mutual Insurance Association GARD; The United Kingdom Steam Ship Assurance Association (Bermuda) Ltd; and AEGIS (Steamship Mutual Underwriting Assoc. Ltd.)* | |

__X__    **(Via E-File)** Electronic Filing.

| | |
|---|---|
| Robert J. Bocko<br>Keesel, Young & Logan<br>1301 Fifth Avenue, Suite 1515<br>Seattle, Washington  98101<br>Telephone: (206) 622-3790<br>Facsimile: (206) 343-9529<br><br>*Attorney for Defendants Mutual Insurance Association GARD; The United Kingdom Steam Ship Assurance Association (Bermuda) Ltd; and AEGIS (Steamship Mutual Underwriting Assoc. Ltd.)* | |

PROOF OF SERVICE -- Case No. C-05-4411 CW

| | |
|---|---|
| Deborah A. Aiwasian, Esq.<br>Berman & Aiwasian<br>725 S. Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>Telephone: (213) 833-3205<br>Facsimile: (213) 833-3230<br><br>*Attorney for Defendant Insurance Company of North America* | Peter B. Ackerman<br>Duane Morris LLP<br>333 S. Hope Street, 23rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-2900<br>Facsimile: (213) 229-2999<br><br>*Attorney for Defendant Underwriters at Lloyd's London and Insurance Companies* |
| Richard E. Wirick, Esq.<br>Fainsbert Mase & Snyder, LLP<br>11835 West Olympic Boulevard,<br>Suite 1100<br>Los Angeles, CA 90064<br>Telephone: (310) 473-6400<br>Facsimile: (310) 473-8702<br><br>*Attorney for Defendant Highlands Insurance Company* | Michael George<br>Vice President<br>Greenwich Insurance Company<br>Seaview House<br>70 Seaview Avenue<br>Stamford, CT 06902-6040<br><br>*Attorney for Defendant Greenwich Insurance Company* |
| Edward J. Tafe<br>Colliau Elenius Murphy Carluccio<br>Keener & Morrow<br>405 Howard Street, Suite 600<br>San Francisco, CA 94105<br>Telephone: (415) 932-7575<br>Facsimile: (415) 932-7001<br><br>*Attorney for Defendant Harbor Insurance Company* | Kathleen E. Bailey<br>Clausen Miller P.C.<br>2040 Main Street, Suite 500<br>Irvine, CA 92614<br>Telephone: (949) 474-3100<br>Facsimile: (949) 474-3190<br><br>*Attorney for Defendant, Counterclaimant and Crossclaimant The Insurance Company of the State of Pennsylvania* |

__ **(Via Personal Delivery)** by causing to be delivered on the same day by courier a true copy thereof, enclosed in a sealed envelope, to the interested parties at the addresses set forth above.

_X_ **(Via Mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Following ordinary business practices and placing for collection and mailing at The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111, in the ordinary course of business, the above documents would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid.

PROOF OF SERVICE -- Case No. C-05-4411 CW

1
2  ___  **(Via Federal Express)** by causing to be delivered on the next business day by courier a true copy thereof, enclosed in a sealed envelope, to the interested parties at the addresses set forth above.
3
4     I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct and that this declaration was executed on November 22, 2005, at San Francisco,
6  California.

               _____
                        Sandra Mack

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

PROOF OF SERVICE -- Case No. C-05-4411 CW